UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-35-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO SEAL CRIMINAL |
| v. ) | INFORMATION AND |
| ) | PLEA AGREEMENT |
| ISAAC AUGUSTUS BLOUNT, III ) | |

Upon motion of the United States, it is hereby ORDERED that the Information in the above-captioned case, being filed on May 11, 2016, be sealed.

It is FURTHER ORDERED that the Plea Agreement in the above-captioned case also be sealed. The Clerk may temporarily unseal the Criminal Information and Plea Agreement to provide copies to the United States Attorney, and defense counsel for the defendant.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Criminal Information and Plea Agreement upon motion of the United States Attorney.

This the 18th day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE