UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-35-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC AUGUSTUS BLOUNT, III | **ORDER TO SEAL** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. _8_ be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. _8_ to counsel for all parties.

SO ORDERED.

This the _25_ day of May, 2016.

Honorable James C. Dever, III
Chief United States District Judge