UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CR-35-1D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ISAAC AUGUSTUS BLOUNT III ) | **ORDER TO UNSEAL** |

Upon motion of the United States, it is hereby ORDERED that the above-referenced case, including docketed entries and filings therein, is UNSEALED.

The Clerk of Court is hereby ORDERED to unseal the matter in accordance with this Order.

So ordered, this __4__ day of __August__, 2016.

*/s/ Dever*
JAMES C. DEVER III
Chief United States District Judge

2