UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-35-1D

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ISAAC AUGUSTUS BLOUNT, III | **ORDER TO SEAL** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. **27** be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. **27** to counsel for all parties.

SO ORDERED.

This the **4** day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Dever
　　　　　　　　　　　　　　　　　　　　　　Honorable James C. Dever, III
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge